

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00155-CV

## IN THE INTEREST OF T.R.S.U., A CHILD

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2017-2405-4**

## MEMORANDUM  OPINION

On August 12, 2021, the Clerk of this Court notified Appellant that we have not received the docketing statement and that this appeal would be dismissed if the docketing statement was not filed within twenty-one days of the date of the letter.  No response has been received from Appellant.  Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.3(c).

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Dismissed
Opinion delivered and filed September 22, 2021
[CV06]

